# United States District Court

### MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| JERRY NEAL BRAND | **JUDGMENT IN A CIVIL CASE** |
| V. | CASE NUMBER: 1:03CV966 |
| NORTH CAROLINA CRIME CONTROL, et al. | |

X **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the plaintiff, Jerry Neal Brand, have and recover $63,000.00 from the defendants and that this action be, and the same hereby is, **DISMISSED** with prejudice.

This the day of July 26, 2005

/s/ N. Carlton Tilley, Jr.

United States District Judge